**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**     **Case No. 4:04-CV-493 GTE
(Criminal Case No. 4:97-CR-00243-(1) GTE)**

**CHEVIE O'BRIEN KEHOE**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter on August 28, 2008, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims for post-conviction relief pursuant to 28 U.S.C. § 2255 asserted by Petitioner/Defendant Chevie O'Brien Kehoe be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS  4th   day of September, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE